**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

Jenny E. Haas,                         *
                                       *
        Plaintiff,                     *
                                       *
vs.                                    *        2:05-cv-01182-CSC
                                       *
City of Alexander City and Chief       *
Ronnie Betts                           *
                                       *
                                       *
        Defendants.                    *


**REPORT OF PARTIES PLANNING MEETING**

I.      Pursuant to Fed. R. Civ. P. 26(f), a scheduling meeting was held on January 25, 2006, and was attended by:

        John C. Goldfarb for Plaintiff

        Rick A. Howard and April Willis for Defendants

II.     Pre-Discovery Disclosures

        The parties will exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) within twenty-one days after the scheduling order has been entered.

III.    Discovery Plan

        The parties jointly propose to the Court the following discovery plan:

a.      All discovery commenced in time to be completed by November 13, 2006.


b.      Maximum of 40 interrogatories by each party to the other party; responses are due 30 days after service.

c.      Maximum of 30 requests for admissions by each party to the other party; responses due 30 days after service;

d.      Maximum of 10 depositions by Plaintiff and 10 depositions by Defendants.  Each deposition will not exceed seven hours unless agreed to by the parties.

e.      Reports from retained experts under Rule 26(a)(2) due:

|  |  |  |
|---|---|---|
| From Plaintiffs | : | June 14, 2006 |
| From Defendants | : | August 14, 2006 |

IV.    Other Items

a.      Parties do not request a conference with the Court before entry of the scheduling order;

b.      The parties request a pretrial conference on November 13, 2006.

c.      Plaintiffs will be allowed until April 20, 2006, to enjoin additional parties and until June 20, 2006, to amend pleadings.

d.      Defendants shall be allowed until May 20, 2006, to join additional parties and until July 20, 2006, to amend pleadings.

e.      All potentially dispositive motions should be filed by August 14, 2006.

f.      Final list of witness and exhibits under Rule 26(a)(3) should be due:

| | |
|---|---|
| Plaintiff's exhibit list - | 30 days before trial |
| Plaintiff's witness list - | 30 days before trial |
| Defendant's exhibit list - | 30 days before trial |
| Defendant's witness list - | 30 days before trial |

g.      Parties should have ten days after service of final list of witnesses and exhibits to list an objection under Rule 26(a)(3).

h.      The case should be ready for trial by December 4, 2006, and is expected to take approximately 2 days.

Dated: _____

/s/ Rick A. Howard _____

Alex L. Holtsford, Jr. (HOL048)
Rick A. Howard (HOW045)
April Willis (WIL304)
Attorneys for Defendant

OF COUNSEL:
Nix Holtsford Gilliland
      Higgins & Hitson, P.C.

Post Office Box 4128
Montgomery, Alabama 36104
334-215-8585


                                          /s/ John C. Goldfarb
                                          John C. Goldfarb
                                          Attorney for Plaintiff

OF COUNSEL:

Wiggins, Childs, Quinn & Pantazis LLC
301 19th Street North
Birmingham, Alabama 35203