IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**RECEIVED**
2006 FEB 14 A 9:16
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| JENNY E. HAAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1182-C |
| | ) |
| CITY OF ALEXANDER CITY, *et al*, | ) |
| | ) |
| Defendants. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

2/14/06
Date

*[Signature]*
Signature

City of Alexander City + Chief Betts
Counsel For (**print** name of all parties)

P.O. Box 4128, Montgomery AL 36103
Address, City, State Zip Code

334-215-8585
Telephone Number

**DO NOT FILE THIS FORM ELECTRONICALLY**