IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 FEB 15 A 9: 42

| | | |
|---|---|---|
| JENNY E. HAAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-1182-C |
| | ) | |
| CITY OF ALEXANDER CITY, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

2/13/06
Date

Signature   William Larkin Rdney, III (Larkin Radney)

City of Alexander City
Counsel For (**print** name of all parties)

Barnes & Radney, P.C.
P.O. Drawer 877
Alexander City, AL 35011-0877
Address, City, State Zip Code

(256) 329-8438
Telephone Number

# DO NOT FILE THIS FORM ELECTRONICALLY