IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 FEB 17 A 9: 49

| | |
|---|---|
| JENNY E. HAAS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ALEXANDER CITY, *et al*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 2:05-CV-1182-C<br>)<br>)<br>)<br>) |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

2/15/06
Date

_____
Signature

~~Tami Bryan~~ Jenny E. Haas (with atty Goldfarb's permission)
Counsel For (**print** name of all parties)

~~301 19th Street North, Birmingham,~~ AL 35203
Address, City, State Zip Code

(205) 314-0500
Telephone Number

**DO NOT FILE THIS FORM ELECTRONICALLY**