IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **Jenny E. Haas,** | * | |
| **Plaintiff,** | * | |
| vs. | * | CV-05-1182-C |
| **City of Alexander City and Chief Ronnie Betts** | * | |
| **Defendants.** | * | |

## DEFENDANT'S MOTION FOR ENTRY OF HIPAA ORDER

COMES NOW the Defendant, by and through counsel, and respectfully requests this Honorable Court to sign and enter the attached HIPAA Order in this case. Said Order is necessary so that the Defendant may obtain mental health records which are relevant and material to the claims asserted against the Defendant by the Plaintiff in this case.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests this Honorable Court to sign and enter the attached HIPAA Order so that the Defendant may utilize said order to begin discovery of relevant and material medical information with respect to the Plaintiff.

Respectfully submitted this the 24th day of May, 2006.

_____
RICK A. HOWARD (RAH045)
Attorney for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

Jon C. Goldfarb, Esquire
Maury S. Weiner, Esquire
Kell A. Simon, Esquire
Wiggins, Childs, Quinn & Pantazis LLC
301 19th Street North
Birmingham, Alabama 35203

by placing same in the United States Mail, postage prepaid, on this the 24th day of May, 2006.

_____
OF COUNSEL