Jun. 9. 2006 2:14PM    NIX HOLTSFORD                                    No. 3213   P. 1
Case 2:05-cv-01182-CSC    Document 13    Filed 06/22/2006    Page 1 of 2
Case 2:05-cv-01182-CSC    Document 12    Filed 06/02/2006    Page 2 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Jenny E. Haas, )
)
Plaintiff, )
)
v. )
) CIVIL ACTION NO. 2:05cv01182-CSC
City of Alexander City, et al. )
)
Defendant. )
)

## WAIVER OF JUDICIAL DISQUALIFICATION

In accordance with Canon 3D of the Code of Conduct, having received notice that Judge Coody's "impartiality might reasonably be questioned" in this case, the undersigned party or parties to the above-captioned civil matter, hereby **WAIVE** in writing Judge Coody's disqualification.

6/9/06
Date

Signature

Counsel For (**print names of all parties**) City of Alexander City, Chief Bell

Address, City, State Zip Code

334-215-8585
Telephone Number

- or -

## REQUEST FOR REASSIGNMENT

The undersigned party or parties hereby **decline to waive** Judge Coody's disqualification and request that the case be reassigned.

Date

Signature

Counsel For (**print names of all parties**)

Address, City, State Zip Code

Telephone Number

**REPLY DEADLINE IS JUNE 16, 2006**
**DO NOT ELECTRONICALLY FILE THIS.**
Send to the Clerk's Office by Mail: PO Box 711, Montgomery, AL 36101,
or fax it to 334.954.3615 or e-mail to Debbie_Hackett@almd.uscourts.gov

Jun. 9. 2006 2:14PM    NIX HOLTSFORD                                    No. 3213  P. 2
Case 2:05-cv-01182-CSC   Document 13   Filed 06/22/2006   Page 2 of 2
Case 2:05-cv-01182-CSC   Document 12   Filed 06/02/2006   Page 2 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Jenny E. Haas,            )
                          )
Plaintiff,                )
                          )
v.                        )   CIVIL ACTION NO. 2:05cv01182-CSC
                          )
City of Alexander City, et al.   )
                          )
Defendant.                )

## WAIVER OF JUDICIAL DISQUALIFICATION

In accordance with Canon 3D of the Code of Conduct, having received notice that Judge Coody's "impartiality might reasonably be questioned" in this case, the undersigned party or parties to the above-captioned civil matter, hereby **WAIVE** in writing Judge Coody's disqualification.

_____6/6/06_____     Signature _____

Date

Counsel For (**print** names of all parties) _City of Alexander City, Betts_

Address, City, State Zip Code _____

Telephone Number _256-329-8438_

- or -

## REQUEST FOR REASSIGNMENT

The undersigned party or parties hereby **decline to waive** Judge Coody's disqualification and request that the case be reassigned.

_____     Signature _____

Date

Counsel For (**print** names of all parties) _____

Address, City, State Zip Code _____

Telephone Number _____

**REPLY DEADLINE IS JUNE 16, 2006**
**\*\*DO NOT ELECTRONICALLY FILE THIS. \*\***
Send to the Clerk's Office by Mail: PO Box 711, Montgomery, AL 36101,
or fax it to 334.954.3615 or e-mail to Debbie_Hackett@almd.uscourts.gov