06/22/2006 17:22 FAX 2054581259    Wiggins Childs    ☒002
Case 2:05-cv-01182-CSC    Document 14    Filed 06/22/2006    Page 1 of 1
Case 2:05-cv-01182-CSC    Document 12    Filed 06/02/2006    Page 2 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Jenny E. Haas, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:05cv01182-CSC |
| City of Alexander City, et al. | ) |
| Defendant. | ) |

## WAIVER OF JUDICIAL DISQUALIFICATION

In accordance with Canon 3D of the Code of Conduct, having received notice that Judge Coody's "impartiality might reasonably be questioned" in this case, the undersigned party or parties to the above-captioned civil matter, hereby **WAIVE** in writing Judge Coody's disqualification.

_6/21/06_
Date

_[signature]_ (Kell Simon)
Signature

_Plaintiff_
Counsel For (**print** names of all parties)

_301 19th St N. Birmingham, AL 35203_
Address, City, State Zip Code

_205 314 0591_
Telephone Number

- or -

## REQUEST FOR REASSIGNMENT

The undersigned party or parties hereby **decline to waive** Judge Coody's disqualification and request that the case be reassigned.

_____
Date

_____
Signature

_____
Counsel For (**print** names of all parties)

_____
Address, City, State Zip Code

_____
Telephone Number

**REPLY DEADLINE IS JUNE 16, 2006**
**\*\*DO NOT ELECTRONICALLY FILE THIS.\*\***
Send to the Clerk's Office by Mail: PO Box 711, Montgomery, AL 36101,
or fax it to 334.954.3615 or e-mail to Debbie_Hackett@almd.uscourts.gov