**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **Jenny E. Haas,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| vs. | * | CV-05-1182-C |
| | * | |
| **City of Alexander City and Chief** | * | |
| **Ronnie Betts** | * | |
| | * | |
| **Defendants.** | * | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

The parties in this matter have agreed to submit this case to mediation. A mediation will take place on September 6, 2006, with United States Magistrate Judge Susan Russ Walker.

Respectfully submitted this the _____ day of _____, 2006.

/s/ Rick A. Howard
ALEX L. HOLTSFORD, JR. (HOL048)
RICK A. HOWARD (HOW045)
APRIL W. MCKAY (WIL304)
Attorneys for Defendants

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon:

Jon C. Goldfarb, Esquire
Maury S. Weiner, Esquire
Kell A. Simon, Esquire
Wiggins, Childs, Quinn & Pantazis LLC
301 19th Street North
Birmingham, Alabama 35203

via electronic means on this the 11th day of August, 2006.


                              /s/ Rick A. Howard
                              OF COUNSEL