# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **JENNY E. HAAS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )   **CIVIL ACTION NO.:** |
| **CITY OF ALEXANDER CITY** | ) |
| **AND CHIEF RONNIE BETTS, in** | )   **CV-05-1182-C** |
| **his individual and official capacities,** | ) |
| | ) |
|     **Defendants.** | ) |

## MOTION TO WITHDRAW

**COMES NOW**, Maury S. Weiner of Wiggins, Childs, Quinn & Pantazis, LLC, and moves the Court for permission to withdraw Kell A. Simon as counsel for Plaintiff in this case. As grounds for this Motion, movant states as follows:

    1.    Kell A. Simon is no longer working for Wiggins, Childs, Quinn & Pantazis, LLC, effective June 30, 2006.

    2.    Jon C. Goldfarb and Maury S. Weiner are already counsel of record for the Plaintiff in this case, and will continue to represent Plaintiff. No party will be prejudiced in any way by the withdrawal of Kell A. Simon as counsel for Plaintiff.

Respectfully submitted,

<u>s/Maury S. Weiner</u>
Jon C. Goldfarb
Maury S. Weiner
Counsel for Plaintiff


**OF COUNSEL**:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

Law Office of Angela J. Hill
139 South Broadnax Street
Dadeville, Alabama 36853-1701
Telephone No.: (256) 825-8251
Facsimile No.: (256) 329-1442


**CERTIFICATE OF SERVICE**

     I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants) this   18th  day of   August , 2006:


Alex L. Holtsford, Jr.,
Rick A. Howard, Esq.,
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36101-4128
Telephone No.: (334) 215-8585
Facsimile No.: (334) 215-7101

Larkin Radney, Esq.,
Barnes & Radney
Post Office Box 877
Alexander City, Alabama 35011

on the   18th day of August  , 2006.

                                                s/Maury S. Weiner
                                                OF COUNSEL