IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNY E. HAAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:05cv1182-CSC |
| | ) |
| CITY OF ALEXANDER CITY, *et al*, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Now pending before the court is the August 18, 2006, motion to withdraw (doc. # 18) filed by the plaintiff.  Upon consideration of the motion and for good cause, it is

ORDERED that the motion to withdraw (doc. # 18) be and is hereby GRANTED.

Done this 18th day of August, 2006.

                        /s/Charles S. Coody
                        CHARLES S. COODY
                        CHIEF UNITED STATES MAGISTRATE JUDGE