IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JENNY E. HAAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO.: |
| CITY OF ALEXANDER CITY | ) |
| AND CHIEF RONNIE BETTS, in | ) CV-05-1182-C |
| his individual and official capacities, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Comes now, Angela J. Hill, of the law firm Law Office of Angela J. Hill, 139 South Broadnax Street, Dadeville, Alabama 36853-1701, and hereby appears as additional counsel for Plaintiff, Jenny Haas, in the above-styled case.

DATED: September 5, 2006

                                          s/Angela J. Hill
                                          Jon C. Goldfarb
                                          Maury S. Weiner
                                          Angela J. Hill
                                          Counsel for Plaintiff

**OF COUNSEL:**
Wiggins, Childs, Quinn & Pantazis LLC
301 19th St. N.
Birmingham, AL 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

Law Office of Angela J. Hill
139 South Broadnax Street
Dadeville, Alabama 36853-1701
Telephone No.: (256) 825-8251
Facsimile No.: (256) 825-8201

1

## **CERTIFICATE OF SERVICE**

     I do hereby certify that I have served a true and correct copy of the above and foregoing document via US Mail, postage prepaid and properly addressed to the following counsel of record:

A. Steward O'Bannon, III
O'BANNON, O'BANNON & CONNOLLY, LLC
420 South Pine Street
Post Office Box 1428
Florence, Alabama 35631
Telephone No.: (256) 767-6731
Facsimile No.: (256) 766-5390

on this the   5th   day of  September , 2006.


                                  s/Angela J. Hill
                                  OF COUNSEL