IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JENNY E. HAAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv1182-CSC |
| ) | |
| CITY OF ALEXANDER CITY, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On September 7, 2006, the court held a mediation conference in this case. At the conclusion of the mediation conference, the parties announced that they have reached a settlement. Accordingly, it is

ORDERED that on or before September 22, 2006, the parties shall file a joint motion to dismiss or other appropriate pleadings.

DONE, this 8th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE