IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **Jenny E. Haas,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| vs. | * | CV-05-1182-C |
| | * | |
| **City of Alexander City and Chief Ronnie Betts** | * | |
| | * | |
| | * | |
| **Defendants.** | * | |

**MOTION TO EXTEND TIME TO FILE A JOINT MOTION TO DISMISS**

COME NOW the Defendants, by and through counsel, and ask the Court to extend the time for filing a joint motion to dismiss that is currently due September 22, 2005 (See Document. # 20). Initially the City Council of the City of Alexander City scheduled to discuss the settlement at the September 18, 2006 City Council meeting. The discussion of the proposed settlement will now take place on October 2, 2006. These Defendants request until October 9, 2006, in which to file the joint motion to dismiss.

Respectfully submitted this the 19th day of Sept., 2006.

/s/ Rick A. Howard
ALEX L. HOLTSFORD, JR. (HOL048)
RICK A. HOWARD (HOW045)
APRIL W. MCKAY (WIL304)
Attorneys for Defendants

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

Jon C. Goldfarb, Esquire
Maury S. Weiner, Esquire
Kell A. Simon, Esquire
Wiggins, Childs, Quinn & Pantazis LLC
301 19th Street North
Birmingham, Alabama 35203

via electronic means on this the 14 day of September, 2006.

                                              /s/ Rick A. Howard
                                              OF COUNSEL