IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNY E. HAAS, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv1182-CSC |
| | ) |
| CITY OF ALEXANDER CITY, *et al*, | ) |
| | ) |
|   Defendants. | ) |

**ORDER**

Now pending before the court is the September 19, 2006, motion to extend time to file a joint stipulation of dismissal (doc. # 22) filed by the defendants. Upon consideration of the motion and for good cause, it is

ORDERED that the motion for an extension of time (doc. # 22) be and is hereby GRANTED and the time for filing a joint stipulation of dismissal be and is hereby EXTENDED from September 22, 2006, until October 10, 2006.

Done this 21th day of September, 2006.

                                  /s/Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE