IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Jenny E. Haas, | * |
| Plaintiff, | * |
| vs. | * CV-05-1182-C |
| City of Alexander City and Chief Ronnie Betts | * |
| Defendants. | * |

### STIPULATION OF DISMISSAL

COME NOW all parties, by and through their respective counsel, and hereby stipulate that this case is due to be dismissed with prejudice. In support hereof, the parties state that this case has been settled, and the defendants have satisfied all terms of the settlement.

_____    10/5/06
Jon Goldfarb                                             Date
Attorney for Plaintiff

_____    10/3/06
Rick A. Howard                                        Date
Attorney for Defendants