IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNY E. HAAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1182-CSC |
| | ) |
| CITY OF ALEXANDER CITY, *et al*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the joint stipulation for dismissal filed on October 9, 2006, it is

ORDERED and ADJUDGED that this case be and is hereby DISMISSED with prejudice. It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as moot.

Done this 10th day of October, 2006.

                /s/Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE